# United States Bankruptcy Court

<u>    SOUTHERN    </u>    District of <u>    NEW YORK    </u>

**In re**

                                                        Bankruptcy Case No.

**Debtor.**
Social Security No.:
Employer Tax I.D. No.:

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named Debtor:**

      A petition under title 11, United States Code was filed against you on _____ in this Bankruptcy Court, requesting an order for relief under Chapter _____ of the Bankruptcy Code (title 11 of the United States Code.)

      YOU ARE SUMMONED and required to submit to the Clerk of the Bankruptcy Court, a motion or answer (attorneys should file online) to the petition within 21 days after the service of this summons. A copy of the petition is attached.

      Address of the Clerk:   United States Bankruptcy Court
                                          One Bowling Green
                                          New York, New York 10004
                                          www.nysb.uscourts.gov

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney.

| Name and Address of Petitioner's Attorney |
|---|
|   |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011 (c). If you fail to respond to this Summons, an order for relief will be entered.

                                                                      _____
                                                                      *Clerk of the Bankruptcy Court*

_____      By: _____
            *Date*                                                                   *Deputy Clerk*

_____

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Federal Rule of Bankruptcy Procedure 1005). For joint debtors, set forth both social security numbers.