**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re                                              :
                                                   :         Chapter 7
JACOBY & MEYERS – BANKRUPTCY, LLP,                 :
                                                   :         Case No. 14-10641 (SCC)
                          Debtor.                  :
------------------------------------------------------------x
In re                                              :
                                                   :         Chapter 7
MACEY BANKRUPTCY LAW, P.C.,                        :
a/k/a MACEY & ALEMAN,                              :         Case No. 14-10642 (SCC)
f/k/a LEGAL HELPERS, P.C.,                         :
                                                   :
                          Debtor.                  :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

Renea A. Gargiulo, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt & Winters, LLP, 570 Seventh Avenue, 17th Floor, New York, New York, 10018.

2. On the 18th day of March, 2014, I served copies of:

- Summons to Debtor in Involuntary Case – Jacoby & Meyers – Bankruptcy, LLP [14-10641 Docket No. 8];

- Amended Involuntary Petition – Jacoby & Meyers – Bankruptcy, LLP [14-10641 Docket No. 7];

- Summons to Debtor in Involuntary Case – Macey Bankruptcy Law, P.C. [14-10642 Docket No. 10;

- Amended Involuntary Petition – Macey Bankruptcy Law, P.C. [14-10642 Docket No. 7];

- Petitioning Creditors' Statement in Support of Entry of Orders for Relief [14-10641 Docket No. 2; 14-10642 Docket No. 2]; and

- Notice Regarding (I) Commencement of Involuntary Cases Against the Alleged Debtors; (II) Obligations of the Custodian Pursuant to 11 U.S.C. § 543; and (III) the General Preservation of Evidence Related to the Alleged Debtors' Financial Affairs [14-10641 Docket No. 6; 14-10642 Docket No. 6].

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon those parties listed in the attached service list.

*/s/Renea A. Gargiulo*
Renea A. Gargiulo

Sworn to before me this
19th day of March, 2014

*/s/Joseph C. Corneau*
Notary Public, State of New York
No. 02CO6095789
Qualified in New York County
Commission Expires July 21, 2015

**SERVICE LIST**

Jacoby & Meyers – Bankruptcy, LLP
420 Lexington Ave., Suite 2132
New York, NY 10170
Attn: Officer or Agent Authorized
to Accept Service of Process

Macey Bankruptcy Law, P.C.
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Attn: Officer or Agent Authorized to
to Accept Service of Process

Jacoby & Meyers – Bankruptcy, LLP
c/o National Registered Agents, Inc.
111 Eighth Avenue
New York, New York 10011

Macey Bankruptcy Law, P.C.
233 S. Wacker Drive, Suite 1550
Chicago, IL 60606
Attn: Officer or Agent Authorized
to Accept Service of Process

Robert P. Handler
Commercial Recovery Associates, LLC
205 W. Wacker Drive, Suite 1818
Chicago, IL 60606

Paula K. Jacobi
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606-2833

Thomas G. Macey
100 S. Pointe Drive, Apt. 2801
Miami Beach, FL 33139-7386

Thomas G. Macey
1962 North Burling Street
Chicago, IL 60614

Jeffrey Aleman
19 Red Oak Drive
Highland, IL 52249-2361

Jason Searns
6377 W. Prentice Avenue
Littleton, CO 80123-5195

Jeffrey S. Hyslip
2610 N. Talman Avenue, #4
Chicago, IL 60647-6977

Jason Searns
303 East 17th Avenue, Suite 340
Denver, Colorado 80203

Legal Helpers Debt Resolution, LLC
a/k/a Macey, Aleman, Hyslip & Searns
233 South Wacker Drive, Suite 2150
Chicago, IL 60606

Jacoby & Meyers, LLP
1279 Route 300
P.O. Box 1111
Newburgh, NY 12551

Jason Blust
Client First Bankruptcy
211 W. Wacker Drive, Suite 200
Chicago, IL 60606

Jacoby & Meyers, LLP
39 Broadway, 19th Floor
New York, New York 10002

Linda Riffkin
Assistant United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014

Jeffrey Maguire, as Registered Agent
for Macey Bankruptcy Law, P.C.
420 Lexington Ave., Suite 2132
New York, New York 10170